**Daniel Joseph BERNHARDT,
Respondent,**

**v.**

**Mary Elizabeth HOWE–BERNHARDT,
Appellant.**

**No. WD 65670.**

Missouri Court of Appeals,
Western District.

March 6, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 1, 2007.

Application for Transfer Denied
June 26, 2007.

Dennis J. Campbell Owens, Kansas City,
MO, for appellant.

Jillana D. Michel–Setzer, Brady C. Ko-
pek, Co–Counsel, Kansas City, MO, for
respondent.

Before THOMAS H. NEWTON,
Presiding Judge, PATRICIA
BRECKENRIDGE, Judge and JOSEPH
M. ELLIS, Judge.

#### *ORDER*

PER CURIAM.

Mary Howe–Bernhardt appeals from the
judgment dissolving her marriage to Dan-
iel Bernhardt.  After a thorough review of
the record, we find that the judgment is
supported by substantial evidence, is not
against the weight of the evidence, that no
error of law appears, and that the court
did not abuse its discretion.  An extended
opinion would have no precedential value,
but a memorandum explaining our reason-
ing has been provided to the parties.

Judgment affirmed.  Rule 84.16(b).